UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GRANT PSTIKYAN,                                             Civil No. 17-1164 (JRT/FLN)

          Plaintiff,

v.

DEALDASH, INC.,

          Defendant.

**DEALDASH'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant DealDash, Inc. submits the following disclosures:

DealDash, Inc. is a wholly-owned subsidiary of DealDash Oyj, a Finnish company that is, in turn, wholly owned by Trifecta Retail Ventures, Ltd., a UK company. Trifecta Retail Ventures, Ltd. is the ultimate parent of DealDash, Inc.

Trifecta Retail Ventures, Ltd., DealDash Oyj, and DealDash, Inc. do not own any interest in Galton Voysey Limited, the Hong Kong company that is the subject of several allegations in Plaintiff Grant Pstikyan's Complaint. Likewise,

Galton Voysey Limited does not own any interest in Trifecta Retail Ventures, Ltd., DealDash Oyj, or DealDash, Inc.

Galton Voysey Limited is a wholly-owned subsidiary of GV Showrooms Limited, a UK company, that is, in turn, wholly owned by GV Capital Ltd., also a UK company. GV Capital Ltd. is the ultimate parent of Galton Voysey Limited.

None of the companies mentioned in this disclosure are publicly held corporations.

Date: June 30, 2017.

                GREENE ESPEL PLLP

                s/ Robert J. Gilbertson
                Robert J. Gilbertson, Reg. No. 22361X
                Sybil L. Dunlop, Reg. No. 390186
                222 S. Ninth Street, Suite 2200
                Minneapolis, MN  55402
                BGilbertson@GreeneEspel.com
                SDunlop@GreeneEspel.com
                Tel:  (612) 373-0830
                Fax:  (612) 373-0929

FOLEY & LARDNER LLP

Michael J. Tuteur (admitted *pro hac vice*)
Beth I. Z. Boland (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199-7610
mtuteur@foley.com
bboland@foley.com
Tel: 617.342.4000
Fax: 617.342.4001

John J. Atallah (admitted *pro hac vice*)
555 South Flower Street
Los Angeles, CA 90071-2411
jatallah@foley.com
Tel: 213.972.4834
Fax: 213.486.0065

Aaron R. Wegrzyn (admitted *pro hac vice*)
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202-5306
awegrzyn@foley.com
Tel: 414.319.7028
Fax: 414.297.4900

*Attorneys for Defendant DealDash, Inc.*