## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

GRANT PSTIKYAN,                                    Civil No. 17-1164 (JRT/FLN)

                Plaintiff,

v.

DEALDASH, INC.,

                Defendant.

## DEALDASH'S MOTION TO DISMISS

Defendant DealDash, Inc. ("DealDash") hereby moves the Court for an Order dismissing Plaintiff's claims with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based upon Rules 9 and 12 of the Federal Rules of Civil Procedure, the files, records, and proceedings herein, Plaintiff's Complaint, and on DealDash's memorandum of law, declaration, and exhibits in support of the motion to dismiss submitted in accordance with the Rules.

DATE: June 30, 2017.           GREENE ESPEL PLLP

s/ Robert J. Gilbertson
Robert J. Gilbertson, Reg. No. 22361X
Sybil L. Dunlop, Reg. No. 390186
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
BGilbertson@GreeneEspel.com
SDunlop@GreeneEspel.com
Tel:  (612) 373-0830
Fax  (612) 373-0929


FOLEY & LARDNER LLP

Michael J. Tuteur (admitted *pro hac vice*)
Beth I. Z. Boland (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199-7610
mtuteur@foley.com
bboland@foley.com
Tel: 617.342.4000
Fax 617.342.4001

John J. Atallah (admitted *pro hac vice*)
555 South Flower Street
Los Angeles, CA 90071-2411
jatallah@foley.com
Tel: 213.972.4834
Fax 213.486.0065

Aaron R. Wegrzyn (admitted *pro hac vice*)
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202-5306
awegrzyn@foley.com
Tel: 414.319.7028
Fax 414.297.4900

*Attorneys for Defendant DealDash, Inc.*