# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Grant Pstikyan, et al.,

                Plaintiffs,

v.

DealDash, Inc.,

                Defendant.

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W

| | |
|---|---|
| Civil Case No.: | 17-cv-1164 (JRT/FLN) |
| Date: | December 15, 2017 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced | 9:33 A.M. |
| Time Concluded: | 10:37 A.M. |
| Time in Court: | 64 minutes |

APPEARANCES:

For Plaintiffs:   Daniel Hedlund, David Harris, and Eric Taubel.
For Defendant:  Sybil Dunlop and Michael Tuteur.

**Defendant's motion to dismiss [#38] was taken under advisement at the hearing.**

☐ ORDER TO BE ISSUED    ☒ NO ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                s/CJP
                                        Signature of Law Clerk