## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

GRANT PSTIKYAN,

        Plaintiff,

v.

DEALDASH, INC.,

        Defendant.

Civil No: 17-1164 (JRT/FLN)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

_____

David J. Harris, Jr., **FINKELSTEIN & KRINSK, LLP,** 550 West C Street, Suite 1760, San Diego, CA 92101, for plaintiff.

Aaron R. Wegrzyn, **FOLEY & LARDNER LLP,** 777 East Wisconsin Avenue, Milwaukee, WI 53202, Michael James Tuteur, Beth I. Z. Boland, **FOLEY & LARDNER LLP,** 111 Huntington Avenue, Suite 2600, Boston, MA 02199-7610, John Joseph Atallah, **FOLEY & LARDNER LLP,** 555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411, Sybil L. Dunlop, Robert J. Gilbertson, **GREENE ESPEL PLLP,** 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the plaintiff's notice of voluntary dismissal without prejudice [Docket No. 52].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that this action shall be **DISMISSED WITHOUT PREJUDICE**, each party bearing its own attorney fees, costs, and disbursements.

Dated:  January 17, 2018
at Minneapolis, Minnesota

                                          _____s/John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                    Chief Judge
                                             United States District Court